IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMETRA NEWTON WOODBERRY                                                        PLAINTIFF

      v.                Civil No. 4:10-cv-04141

SHERIFF RON STOVALL; CAPTAIN
STEVE HARTHINE, Miller County
Correctional Facility; and CAPTAIN
JACK HEINTZLEMAN, Miller County
Detention Center                                                               DEFENDANTS

## <u>JUDGMENT</u>

      This is a civil rights case filed pursuant to the provisions of 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis.*  The case is before me due to the consent of the parties (ECF No. 28).

      By scheduling order (ECF No. 29) entered on June 20, 2011, this case was scheduled for a bench trial on February 16, 2012.  The scheduling order required Plaintiff to submit a list of witnesses that she wanted the Court to issue subpoenas or writs for.  This list was to be filed by no later than January 17, 2012.

      On January 23, 2012, a show cause order (ECF no. 42) was issued.  Plaintiff was given until January 31, 2012, to show cause why the case should not be dismissed based on her failure to obey an order of the Court and her failure to prosecute.

      To date, Plaintiff has not responded to the scheduling order or the show cause order.  She has not requested an extension of time to respond.  The Court's orders were sent to the address contained on the docket sheet.  This address was provided to the Court by Plaintiff.  No mail has been returned as undeliverable.

      This case is therefore dismissed based on Plaintiff's failure to comply with a court order and her failure to prosecute this action.  Fed. R. Civ. P. 41(b).

      IT IS SO ORDERED this 6th day of February 2012.

                          /s/ Barry A. Bryant
                          HON. BARRY A. BRYANT
                          UNITED STATES MAGISTRATE JUDGE